IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNE REIBSTEIN, | : | CIVIL ACTION |
| | : | NO. 09-2734 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RITE AID CORPORATION, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **18th** day of **January, 2011**, it is hereby **ORDERED** that Plaintiff's motion for final approval of class action settlement (doc. no. 31) is **GRANTED in part and DENIED in part** as follows: 1) the representative plaintiff shall be awarded the sum of $1,000; 2) Plaintiff's motion is otherwise **GRANTED**;

It is hereby further **ORDERED** that Plaintiff's motion for attorneys' fees (doc. no. 32) is **GRANTED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**